IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SILICON POWER CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GENERAL ELECTRIC | : | |
| ZENITH CONTROLS, INC. | : | NO. 08-4331 |

**O R D E R**

**AND NOW**, this 7th day of July, 2009, upon consideration of Defendant's "Motion to Strike Plaintiff's Motion to Vacate and Dismiss" (Docket No. 8), Plaintiff's response thereto, and the hearing held on June 24, 2009, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.